IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JASON ANDERSON, LACEY ANDERSON, <br>    *Plaintiffs* <br><br> v. <br><br> THE STATE OF TEXAS, <br>    *Defendant* | § § § § § § § § § § | P-25-CV-00001-DC |

# FINAL JUDGMENT

On August 25, 2025, the Court adopted United States Magistrate Judge Ronald C. Griffin's report and recommendation concerning Defendant State of Texas's Motion to Dismiss. The Court's Order dismissed with prejudice Plaintiffs' Complaint.

Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 25th day of August, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE